IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CYNTHIA WILSON**

    **Plaintiff,**

                                      Case Number 8:14-CV-2213-MSS-TGW

v.

**ENHANCED RECOVERY COMPANY, LLC.**

    **Defendant.**
_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

    **PLEASE TAKE NOTICE** that, Defendant and Plaintiff have reached a resolution of this matter and each party will bear their own attorney fees and costs.  The parties ask that the Court retain jurisdiction of this matter for 60 days for settlement/enforcement related matters only.  At the conclusion of the 60 days, if neither party brings any further matter before the Court, the parties request that the matter be closed and that the case be dismissed with PREJUDICE.

**DATED:  February 12, 2015.**

                                                                                     /s/**W John Gadd**
                                                                                      W. John Gadd
                                                                    FL Bar Number 463061
                                                                      Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon Defendant via its attorney at:  SGALLAGHER@sgrlaw.com this 12th of February, 2015.

                                                                      **s/W. John Gadd**
                                                                       W. John Gadd
                                                            FL Bar Number 463061
                                                        **Bank of America Building**
                                                2727 Ulmerton Road-Suite 250
                                                          Clearwater, FL 33762
                                                               Tel- (727) 524-6300
                                                   Email- wjg@mazgadd.com